**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN JONES, | No. 2:22-CV-0770-DMC |
| Plaintiff, | |
| v. | ORDER |
| STATE FARM GENERAL INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c); see also ECF No. 13 (order reassigning case).

On the Court's own motion, this matter is set for a status conference on August 16, 2022, at 1:30 p.m., before the undersigned in Redding, California. At the conference, the parties shall be prepared to discuss any necessary modifications to the current schedule at ECF No. 3, as well as dates for a pre-trial conference and trial in this matter. The parties are directed

/ / /

/ / /

/ / /

1

to meet and confer prior to the conference, and to file a joint status conference report on or before August 9, 2022.

        IT IS SO ORDERED.

Dated: July 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE