1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 JUSTIN JONES,                                    No.  2:22-CV-0770-DMC

12              Plaintiff,

13        v.                                        ORDER

14 STATE FARM GENERAL INSURANCE
   COMPANY,
15
                Defendant.
16

17

18        Plaintiff, who is proceeding with retained counsel, brings this civil action.

19 Pursuant to the written consent of all parties, this case is before the undersigned as the presiding

20 judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c); see also ECF

21 No. 13 (order reassigning case).  The parties appeared before the undersigned in Redding,

22 California, on August 16, 2022, at 1:30 p.m., for a status/scheduling conference.  Upon

23 consideration of the joint status report on file in this action, discussion with counsel, and good

24 cause appearing therefor, the Court will, by this order, set an amended schedule pursuant to

25 Federal Rule of Civil Procedure 16(b).

26 / / /

27 / / /

28 / / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    Jurisdiction and venue are not contested.

3        2.    No further joinder of parties or amendments to the pleadings is permitted

4    without stipulation or leave of Court for good cause shown.

5        3.    The Court sets the following pre-trial schedule for this litigation:

6        Initial Disclosures: The parties are directed to exchange initial disclosures on or

7    before **September 1, 2022**, if they have not already done so.

8        Non-Expert Discovery: All non-expert discovery shall be completed and all

9    motions pertaining to non-expert discovery shall be noticed to be heard by **May 5, 2023**.

10       Expert Witness Designations: The parties shall exchange initial lists of expert

11   witnesses no later than **May 12, 2023**.  The parties shall exchange lists of rebuttal expert

12   witnesses no later than **June 12, 2023**.  Such disclosures must be made pursuant to Federal Rule

13   of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to

14   supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

15       Expert Discovery: All expert discovery shall be completed and all motions

16   pertaining to expert discovery shall be noticed to be heard by **August 3, 2023**.

17       Dispositive Motions: All dispositive motions shall be noticed to be heard by

18   **September 11, 2023**.

19       Duty to Supplement: The parties are reminded of their continuing obligation to

20   supplement their initial disclosures, discovery responses, and expert witness designations when

21   required under Federal Rule of Civil Procedure 26(e).

22       4.    A pre-trial conference is set before the undersigned on **December 5, 2023,**

23   **at 10:00 a.m.**, in Courtroom 10 in Sacramento, California.  Motions in limine will be heard and

24   decided at the pre-trial conference.  Any such motions shall be filed by **November 21, 2023**.

25   Oppositions to motions in limine shall be filed by **November 28, 2023**.  Arguments in reply will

26   be heard at the pre-trial conference.  The parties shall file a joint pre-trial statement consistent

27   with the requirements of Eastern District of California Local Rule 281(b) by **November 21, 2023**.

28   / / /

1          5.    A jury trial, expected to last ten days, is set to commence before the

2    undersigned on **February 19, 2024, at 9:00 a.m.**, in Courtroom 10 in Sacramento, California.

3          IT IS SO ORDERED.

4

5    Dated:  August 22, 2022

6    _____
     DENNIS M. COTA
7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28